IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MALIKA JONES-BROCKINGTON,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-121

## O R D E R

To correct a clerical error, the Court's prior Order is **VACATED**, (doc. 8), and replaced with this Order.  After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's April 24, 2022 Report and Recommendation, to which no party has objected.  (Doc. 6.)  Accordingly, the Court **ADOPTS,** the Magistrate Judge's Report and Recommendation as the opinion of the Court, as modified below.[1]   See 28 U.S.C. § 636(b). Since Plaintiff does not appear indigent but has a limited ability to prepay the required filing fee, her motion to proceed *in forma pauperis* ("IFP") is **GRANTED, in part**, and **DENIED, in part**. (Doc. 2.)  She is **DIRECTED** to remit the $402 filing fee in three monthly installments, each of $100, and one installment of $102.  She is **DIRECTED** to remit the first $100 installment within 30 days from the date of entry of the Magistrate Judge's Report and Recommendation, and to remit

---

[1]  Due to clerical error, the Magistrate Judge directed payment of a $400 filing fee.  See doc. 6, p. 3. The current filing fee is $402.

the full $402 fee within 120 days of the Report and Recommendation.[2]   Failure to remit the full fee within the period provided will result in dismissal.

**SO ORDERED**, this 11th day of July, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2]   Plaintiff timely remitted her first $100 installment via check, and the check was inadvertently returned. She is **DIRECTED** to remit the first $100 installment within 7 days from the date of entry of this Order.

2