IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MALIKA JONES-BROCKINGTON<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-121 |

**O R D E R**

Presently before the Court is the Defendant Acting Commissioner of Social Security's "Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant." (Doc. 19.) Defendant requests remand to the agency "for further consideration and administrative action." (Id., p. 1.) Defendant represents that, upon remand, "the [Administrative Law Judge] will offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record and issue a new decision." (Id.) Defendant also represents that Plaintiff does not oppose the Motion. (Id., p. 2.)

Sentence four of Section 405(g) gives the Court the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Accordingly, the Court **GRANTS** the unopposed Motion, (doc. 19), and

**REVERSES** and **REMANDS** the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further action consistent with this Order.

**SO ORDERED**, this 2nd day of August, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA